# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS ROZDILSKY,<br><br>    Plaintiff,<br><br>- vs -<br><br>LIQUIDITY SERVICES, INC.,<br><br>    Defendant. | Civil Action No.:<br>TDC-22-3355 |
| LIQUIDITY SERVICES, INC.,<br><br>    Plaintiff,<br><br>- vs -<br><br>NICHOLAS ROZDILSKY,<br><br>    Defendant. | Civil Action No.:<br>TDC-23-1653 |

## **PLAINTIFF ROZDILSKY'S MOTION TO COMPEL DISCOVERY**

In accordance with Local Rule 104.8 and Rule 37(a) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Rozdilsky hereby moves to compel discovery responses from Liquidity Services, Inc. (LSI) in both Case No. TDC-22-3355 and Case No. TDC-23-1653. For the reasons set forth in the accompanying Memorandum, Plaintiff Rozdilsky requests the Court to order LSI to provide full responses to Interrogatory Nos. 5 and 7 and Requests for Production of Documents Nos. 4, 10, 15, 16, 17, 20, 22, 23. Moreover, Rozdilsky requests that the Court impose an appropriate sanction on LSI, including but not limited to, Rozdilsky's reasonable attorney's fees and costs related to this discovery dispute. A proposed Order is also attached as an Exhibit for the Court's consideration.

Dated: July 26, 2024   Respectfully submitted,

*/s/ Eric Bachman*
Eric Bachman (MD Bar No. 16325)
BACHMAN LAW
4800 Hampden Lane, Suite 200
Bethesda, MD 20814
Telephone: (202) 256-6931
Facsimile: (240) 303-8091
Email: ebachman@ebachmanlaw.com

**Counsel for Nicholas Rozdilsky**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th of July, 2024, I served a true and correct copy of Plaintiff's Motion to Compel Discovery on Defendant's counsel via electronic mail (as agreed to by Counsel for LSI):

Leslie Paul Machado
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Email:  lmachado@ohaganmeyer.com

*Counsel for Defendant LSI*

       /s/ Eric Bachman      .
Eric Bachman (MD Bar No. 16325)